**FILED**
August 6, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ADAM BRYCE WOOD, )<br>)<br>Defendant. ) | Case No. 2:14-MJ-00168-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release ADAM BRYCE WOOD, Case No. 2:14-MJ-00168-DAD, Charge Title 21 USC §§ 846, 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  ✔  Bail Posted in the Sum of $ 50,000 (co-signed)

      ✔  Unsecured Appearance Bond

      __  Appearance Bond with 10% Deposit

      __  Appearance Bond with Surety

      __  Corporate Surety Bail Bond

      ✔  (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 6, 2014 at 2:29 pm.

By _____
Dale A. Drozd
United States Magistrate Judge